IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIETH DAVIS, :
      Plaintiff, :
       :
v. : CIVIL ACTION NO. 19-CV-2905
       :
THE CITY OF PHILADELPHIA, *et al.*, :
      Defendants. :

# ORDER

AND NOW, this 23rd day of July, 2019, upon consideration of Plaintiff Keith Davis's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons set forth in the Court's Memorandum.

4. Davis is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim for relief against an appropriate defendant that does not suffer from the defects identified in the Court's Memorandum. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Davis's claims against each defendant. Any amended complaint should not seek relief for harm caused to anyone other than Davis, or raise claims that are barred by absolute immunity as discussed in the Court's Memorandum. If Davis files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Davis a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Davis may use this form to prepare his amended complaint.

6. If Davis fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**